**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | |
|---|---|
| **PLAINTIFFS,** ) | **MDL No.: 2873** |
| ) | |
| **Plaintiffs**, ) | |
| ) | **Civil Action No.:** |
| v. ) | |
| ) | |
| **3M COMPANY** f/k/a Minnesota ) | **Master Docket No.: 2:18-mn-2873** |
| Mining and Manufacturing Company; ) | |
| **AGC CHEMICALS AMERICAS INC.;** ) | |
| **AMEREX CORPORATION;** ) | **JUDGE RICHARD GERGEL** |
| **ARKEMA INC.; ARCHROMA U.S.** ) | |
| **INC.; BASF CORPORATION;** ) | |
| **BUCKEYE FIRE EQUIPMENT** ) | **DIRECT FILED SHORT FORM** |
| **COMPANY; CARRIER GLOBAL** ) | **COMPLAINT AND JURY DEMAND** |
| **CORPORATION; CHEMDESIGN** ) | **PURSUANT TO CASE MANAGEMENT** |
| **PRODUCTS, INC;** ) | **ORDER NO. 35** |
| **CHEMGUARD, INC.; CLARIANT** ) | |
| **CORPORATION; CORTEVA, INC.;** ) | |
| **DEEPWATER CHEMICALS, INC.;** ) | |
| **DUPONT DE NEMOURS INC.,** f/k/a ) | |
| **DOWDUPONT, INC.; DYNAX** ) | |
| **CORPORATION; E.I. DUPONT DE** ) | |
| **NEMOURS AND COMPANY,** ) | |
| individually and as successor in interest ) | |
| to DuPont Chemical Solutions ) | |
| Enterprise; **NATIONAL FOAM, INC.;** ) | |
| **THE CHEMOURS COMPANY,** ) | |
| individually and as successor in interest ) | |
| to DuPont Chemical Solutions ) | |
| Enterprise; **THE CHEMOURS** ) | |
| **COMPANY FC, LLC,** individually and ) | |
| as successor in interest to DuPont ) | |
| Chemical Solutions Enterprise; **TYCO** ) | |
| **FIRE PRODUCTS L.P.; UTC FIRE &** ) | |
| **SECURITY AMERICAS** ) | |
| **CORPORATION, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

### Jurisdiction and Venue

4. Plaintiff alleges jurisdiction base on:

   a. \_\_ Diversity

   b. \_\_\_ Federal Question

   c. \_X\_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   d. \_\_\_ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

### Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

   b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

   c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a. Kidney Cancer

   b. Testicular Cancer

   c. Thyroid Disease

   d. Ulcerative Colitis

   e. Liver Cancer

   f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design

   Count II – Failure to Warn

   Count III – Negligence

   Count IV – Negligence Per Se

   Count V – Trespass and Battery

   Count VI – Strict Product Liability

   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

   Count VIII – Concealment, Misrepresentation, and Fraud

   Count IX – Conspiracy

   Count X – Wrongful Death

      Count XI – Loss of Consortium

      <u>Other Causes of Action:</u>

      Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

### **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: August 29, 2025

Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com

*Counsel for Plaintiffs*

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Abraham Warren | 12/5/1957 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 2 | Adam Casborn | 12/22/1965 | Alabama | Northern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 3 | Adrian Letrece Jenkins | 10/25/1970 | Indiana | Southern District of Indiana | No | Yes | No | Kidney Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 4 | Adrian Myers | 7/11/1976 | New York | Western District of New York | No | Yes | No | Ulcerative Colitis | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 5 | Alan D. Armstrong | 3/3/1966 | California | Central District of California | Yes | No | No | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 6 | Alan Emerson | 12/5/1952 | Texas | Southern District of Texas | Yes | No | No | Kidney Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 7 | Laurie A. Emerson | | | | | | | | XI |
| 8 | Alan Samuelman | 11/5/1962 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 9 | Sandy Lynn Samuelman | | | | | | | | XI |
| 10 | Alberto Peronia | 9/8/1953 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 11 | Alexanderia Maali | 10/17/1968 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 12 | Dennis Carl Garrison | | | | | | | | XI |
| 13 | Alfonso Garcia | 1/28/1970 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 14 | Allan Robichaux | 6/16/1960 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 15 | Allen Dale Powers | 8/7/1958 | Texas | Northern District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 16 | Helen Freeman | | | | | | | | XI |
| 17 | Allen James McFarland | 4/20/1952 | Michigan | Eastern District of Michigan | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 18 | Allison Mitchell | 8/2/1970 | Florida | Middle District of Florida | Yes | No | No | Ulcerative Colitis | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 19 | Allison Morgan Main | 2/18/1955 | Washington | Western District of Washington | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 20 | Alvaro Rodriquez | 10/20/1978 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 21 | Marvely Rodriguez | | | | | | | | XI |
| 22 | Alvin Antoine Webre | 12/12/1949 | Louisiana | Eastern District of Louisiana | No | Yes | No | Kidney Cancer, Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 23 | Alyssa Castillo | 1/7/1990 | Michigan | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 24 | Erika Snellings | | | | | | | | XI |
| 25 | Amy Downton o/b/o Charles Edward Downton | 7/12/1945 | Kentucky | Eastern District of Kentucky | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 26 | Joyce Downton | | | | | | | | XI |
| 27 | Andrew Austin | 9/7/1966 | Michigan | Western District of Michigan | No | Yes | No | Ulcerative Colitis | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 28 | Mary Austin | | | | | | | | XI |
| 29 | Andrew J. Walker | 4/21/1948 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 30 | Patricia Walker | | | | | | | | XI |
| 31 | Andrew Stephen McClary | 4/5/1962 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 32 | Elizabeth Sanchez Lopez | | | | | | | | XI |
| 33 | Andrew Vigil | 6/12/1967 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 34 | Girtie Vigil | | | | | | | | XI |
| 35 | Anesa Laneigh White-Ramirez | 9/23/1987 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 36 | Angela Ferguson | 2/22/1959 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 37 | Angelica Guardado | 12/25/1989 | Texas | Western District of Texas | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 38 | Anita Kay Vickers-Bianchini | 12/16/1964 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 39 | Ankit D Zaykariya | 2/11/1966 | Oklahoma | Western District of Oklahoma | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 40 | Sasha-Taye Zaykariya | | | | | | | | XI |
| 41 | Annie Lue Square | 12/7/1977 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 42 | Walter Moore | | | | | | | | XI |
| 43 | Aron Dove | 1/11/1968 | Texas | Northern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 44 | Arthur Bryant Goodson | 10/25/1980 | Alabama | Southern District of Alabama | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 45 | Daisy Marie Goodson | | | | | | | | XI |
| 46 | Ashley Rice | 4/24/1985 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 47 | Austin Herald | 8/19/1981 | Oklahoma | Western District of Oklahoma | Yes | No | No | Ulcerative Colitis | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 48 | Tenae Herald | | | | | | | | XI |

| # | Name | DOB | State | District | Col6 | Col7 | Condition | Roman |
|---|---|---|---|---|---|---|---|---|
| 49 | Babatunde Ajayi | 1/19/1976 | Pennsylvania | Eastern District of Pennsylvania | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50 | Basil Tudor | 7/3/1948 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51 | Benito Juarez Jr | 9/30/1953 | Wisconsin | Eastern District of Wisconsin | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52 | Marie A Juarez | | | | | | | XI |
| 53 | Benjamin Daniel Pace | 10/20/1987 | Texas | Northern District of Texas | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Alisa Pace | | | | | | | XI |
| 55 | Beverly Rawls | 6/4/1960 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Ricky Rawls | | | | | | | XI |
| 57 | Bobby Dean Herron | 12/16/1953 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58 | Boyd Foulk | 11/24/1969 | Indiana | Northern District of Indiana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59 | Bradley Forest Bibbins II | 4/21/1987 | Michigan | Eastern District of Michigan | Yes | Yes | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Brandy Leanne Byrd | 10/27/1987 | North Carolina | Western District of North Carolina | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | Cheyenne Byrd | | | | | | | XI |
| 62 | Brian Butchee | 8/17/1975 | Texas | Southern District of Texas | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Brian Campbell | 10/14/1985 | Florida | Northern District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Brian E. Leon | 2/17/1958 | New York | Northern District of New York | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Miriam Leon | | | | | | | XI |
| 66 | Brian Jordan | 1/12/1975 | Indiana | Northern District of Indiana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Kelly Jordan | | | | | | | XI |
| 68 | Bridget Bernice Lydle | 7/12/1973 | Texas | Northern District of Texas | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Crawford Lydle | | | | | | | XI |
| 70 | Bruce Banz | 3/16/1962 | Oklahoma | Western District of Oklahoma | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Bruce Hoffer | 3/17/1959 | New Jersey | District of New Jersey | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Bryan Miller | 8/25/1970 | North Carolina | Eastern District of North Carolina | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Brea Miller | | | | | | | XI |
| 74 | Bryan Simpson | 8/13/1963 | Texas | Western District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Carl Scott | 9/29/1947 | Texas | Eastern District of Texas | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Carl Vincent Orr | 12/12/1957 | Louisiana | Western District of Louisiana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77 | Carlos Garza Jr. | 12/11/1948 | Texas | Southern District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Carlos Urbizu | 3/3/1971 | Florida | Middle District of Florida | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | Denelle Lynn Urbizu | | | | | | | XI |
| 80 | Carol Snyder | 8/12/1957 | Pennsylvania | Western District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | Robert Snyder | | | | | | | XI |
| 82 | Carolyn Jean Watson-Flores | 10/11/1970 | Texas | Northern District of Texas | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83 | Cary Outlaw | 8/27/1987 | Indiana | Northern District of Indiana | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | Mary Outlaw | | | | | | | XI |
| 85 | Chad Jeremy Swanger | 7/19/1975 | Pennsylvania | Middle District of Pennsylvania | No | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86 | Jaime Swanger | | | | | | | XI |
| 87 | Charles Frye | 12/28/1959 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Charles Howard Elliott | 6/29/1958 | Washington | Western District of Washington | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Charlie Joe Sammons | 3/16/1956 | Kentucky | Eastern District of Kentucky | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90 | Cheryl Patel | 11/27/1955 | North Carolina | Western District of North Carolina | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Lane Patel | | | | | | | XI |
| 92 | Christina Turner | 12/26/1977 | Pennsylvania | Middle District of Pennsylvania | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93 | Todd Norman Dietrich | | | | | | | XI |
| 94 | Christopher Campen | 9/22/1967 | Florida | Middle District of Florida | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Christopher Colvin | 5/25/1969 | North Carolina | Eastern District of North Carolina | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96 | Shannon Colvin | | | | | | | XI |
| 97 | Christopher Connelly | 11/6/1969 | New York | Western District of New York | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98 | Sharla Connelly | | | | | | | XI |
| 99 | Christopher Downs | 6/15/1979 | Ohio | Northern District of Ohio | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Christopher Hinton | 2/14/1981 | Minnesota | District of Minnesota | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Cherre Hinton | | | | | | | XI |
| 102 | Christopher Hubbard | 2/9/1963 | North Carolina | Eastern District of North Carolina | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Christopher L Wilcox | 6/19/1972 | Pennsylvania | Middle District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104 | Danielle Wilcox | | | | | | | XI |
| 105 | Christopher Lehman | 6/10/1949 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | Disease | Counts |
|---|---|---|---|---|---|---|---|---|
| 106 | Audrey Lehman | | | | | | | XI |
| 107 | Christopher Lewis | 9/19/1973 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 108 | Christopher Purnell | 6/23/1989 | Delaware | District of Delaware | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 109 | Christopher Russell Petres | 5/8/1985 | Michigan | Eastern District of Michigan | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 110 | Kara Klupacs | | | | | | | XI |
| 111 | Chrystie Lynn Maki | 11/27/1976 | Wisconsin | Eastern District of Wisconsin | No | Yes | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 112 | Cindy Ann Mumpower | 12/20/1965 | North Carolina | Western District of North Carolina | Yes | Yes | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 113 | Courtney Oliphant | 12/18/1968 | Ohio | Northern District of Ohio | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 114 | Curtis Booth | 11/10/1955 | Texas | Northern District of Texas | Yes | Yes | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 115 | Suparnas W Booth | | | | | | | XI |
| 116 | Curtis Martin | 11/22/1962 | Alabama | Middle District of Alabama | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 117 | Dale Allport | 8/9/1964 | Minnesota | District of Minnesota | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 118 | Betsy Kay Allport | | | | | | | XI |
| 119 | Dale Thomas | 9/30/1970 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 120 | Damian Perez | 2/16/1976 | Texas | Northern District of Texas | Yes | No | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 121 | Daniel A. Schrom | 8/1/1957 | Minnesota | District of Minnesota | Yes | No | Kidney Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 122 | Daniel Joseph Hearns Jr. | 8/7/1969 | Florida | Middle District of Florida | Yes | No | Thyroid Disease, Ulcerative Colitis | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 123 | Daniel Melancon | 5/22/1956 | Florida | Middle District of Florida | Yes | No | Testicular Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 124 | Daniel Norenberg | 12/31/1967 | Minnesota | District of Minnesota | Yes | No | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 125 | Danielle Marie-Mary Christensen | 2/15/1986 | Minnesota | District of Minnesota | Yes | Yes | Thyroid Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 126 | Grant Christensen | | | | | | | XI |
| 127 | Darrel Lynne Volesky | 1/13/1947 | Alabama | Southern District of Alabama | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 128 | Eleanor Johnson | | | | | | | XI |
| 129 | Darrell Pope | 3/11/1969 | Alabama | Northern District of Alabama | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 130 | Nicole Pope | | | | | | | XI |
| 131 | Darryl Blackwell | 2/19/1953 | Indiana | Southern District of Indiana | Yes | Yes | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 132 | Vicky Blackwell | | | | | | | XI |
| 133 | Darryl Payne | 4/10/1962 | Texas | Southern District of Texas | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 134 | David Alan Dean | 7/30/1946 | Indiana | Southern District of Indiana | Yes | Yes | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 135 | David Castillo Jr. | 7/19/1950 | Texas | Southern District of Texas | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 136 | Maria G Castillo | | | | | | | XI |
| 137 | David Creighton | 2/10/1964 | North Carolina | Middle District of North Carolina | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 138 | Anagela Creighton | | | | | | | XI |
| 139 | David Greenway | 1/25/1953 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 140 | Roberta Louise Greenway | | | | | | | XI |
| 141 | David Heikkila | 10/19/1970 | Minnesota | District of Minnesota | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 142 | Dawn JoAnn Heikkila | | | | | | | XI |
| 143 | David Hill | 8/2/1978 | Alabama | Northern District of Alabama | Yes | Yes | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 144 | David John Gaines | 5/18/1951 | Michigan | Western District of Michigan | Yes | Yes | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 145 | Shelia Gaines | | | | | | | XI |
| 146 | David Martinez | 1/1/1958 | Texas | Northern District of Texas | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 147 | Maria Martinez | | | | | | | XI |
| 148 | David McKown | 7/21/1959 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 149 | David Palmer | 4/12/1965 | Kentucky | Eastern District of Kentucky | Yes | No | Thyroid Disease | I, II, III. IV, V, VI, VII, VIII, IX, XII |
| 150 | David Ray Long | 1/11/1958 | Texas | Western District of Texas | Yes | No | Kidney Cancer | I, II, III. IV, V, VI, VII, VIII, IX, XII |